AO 240 (Rev. 9/96)

**FILED**

# UNITED STATES DISTRICT COURT

MAY 1 9 2008

District of _CoLUMBIA_

Clerk, U.S. District and
Bankruptcy Courts

_EDGAR SEARCY_
     Plaintiff

V.

_UNITED STATES_
     Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **08 0860**

I, _EDGAR SEARCY_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☒ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _PETERSBURG MEDIUM_

    Are you employed at the institution? _YES_   Do you receive any payment from the _B.O.P._   _YES_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.    Are you currently employed?    ☒ Yes      ☐ No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _7.64 MONTH_

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

**RECEIVED**

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

APR 24 2008

Clerk, U.S. District and
Bankruptcy Courts

_2_

AO 240 Reverse (Rev. 9/96)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes        ☒ No
    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?        ☐ Yes        ☒ No
    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.    N/A

I declare under penalty of perjury that the above information is true and correct.

4-19-2008                          _____
Date                                                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In
addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all
receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of
each account.

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge         Date | _____  5/16/08 <br> United States Judge <br> or Magistrate         Date |