IN THE DISTRICT OF COLUMBIA DISTRICT COURT

EDGAR SEARCY

V

UNITED STATES, Et al.,

Case: 1:08-cv-00860
Assigned To : Robertson, James
Assign. Date : 5/19/2008
Description: TRO/PI

MOTION TO RE DESIGNATE THIS CASE AS A NATIONWIDE CLASS ACTION, AND ASSIGNMENT OF CLASS ACTION REPRESENTATAIVE

Comes now the plaintiff Edgar Searcy pro se, and pursuant to Rule 23, and 28 USSC Chapter 114, submits this motion to re designate this case as a nationwide class action and assignment of class action representative. And states:

In the case of Washington V Reno, 35 F.3d 1093, the 6th circuit described that the Kentucky District court had designated the case as a nationwide class action and had assigned a class action representative. The issues that were at issue in the Kentucky class action has a common nexus with this case. The plaintiff had filed a motion into the Kentucky class action requesting that the class action be re opened to consider the issues that are tied into the Kentucky case. (See docket, cited in initial pleading).

MEMORANDUM

1. In accordance with Rule 23, all criteria ato demonstrate that a class action is appropriate has been established and accepted in the Kentucky case. The issues are the same and the class is also the same. The class has something in common; the class is too large to litigate seperately AND would create a substantial risk of inconsistant decisions and would be impractical; and the matters are of great importance to the public.

2. The nature of the action consists of statutorilly created Trust fund and property interests that the defendants mis handle and are offending the members rights. (See complaints content

4

3. In accordance with Rule 23(g), a class action representative would be appropiate. The Kentucky court assigned a class action representative in previous litigation.

Wherefore the plaintiff prays this honorable court shall:

1. Redesignate this cause as a class action, carrying on the previous designation of the class in relation to the common issues that continues from the sister case in Kentucky.

2. Assign a class action representative to represent the class.

RESPECTFULLY SUBMITTED,

Edgar Searcy pro se
Reg. # 04726-031
F.C.C. Medium
P.O. Box 90043
Petersburg VA 23804