IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDGAR SEARCY, CLASS MEMBER

V                                              CIVIL Case No. 08-0860-JR

UNITED STATES, Et al.,

MOTION FOR RECONSIDERATION OF COURT ORDER

Comes now the Plaintiff Edgart Searcy, pro se Class Member, with this Motion for Reconsideration of Court Order dated 5-16-2008. And states:

MEMORANDUM

1. This cause was initiated as a continuation of a Class Action that was started in the District of Kentucky. A National Class was established in regards to the Issues that are continuing here. The Plaintiff filed a motion into the Kentucky case seeking to re open the class action. The Kentucky court responded by reviewing the petition. And stated that the court would have transfered the aciton to this court had the plaintiff submitted a motion to proceed in forma pauperis. (See highlights portrayed in the original petition). In that previous aciton, the court had consolidated several cases that originated in other districts, that addressed the same subject.

2. This instant petition was filed in this court to address the concerns that are being mis applied or outright contradictory to the circumstances that were settled in the Kentucky case. The National Class that was established are the victims that suffer the consequences being complained of in this case.

3. The plaintiff has filed a motoin to re designate the class and to establish a class action representative to represent the class's concerns on a professional level. The plaintiff established himself as the plaintiff that is labeled as a class member. The class will be the official plaintiff's as a whole, and their interests will be addressed as a whole, not merely as the single person who submitted the complaints to this court.

# RECEIVED

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



4.  This court should re word the court order dated 5-16-2008 upon this courts designation of a National class and the class's concerns are to be the set rights being addressed.  The courts order **should apply the filing fee to the entire class,** **which** will be the group that is represented by the class action representative, and order that the Inmate Trust Fund bare the cost of the filing fee until this action is settled and the court determines whether the respondents are responsible for the payment of the filing fee.  the plaintiff should not be the sole class member bearing the burden of a lean on his account, nor the responsibility of paying for the case that the class benifits from.

whererfore the Plaintiff prays this honorable court shall:

1.  Alter the court order dated 5-16-2008 upon the designation of this matter as a National Class Action, and require the Inmate Trust Fund, on behalf of the Class, to pay the filing fee, until such time as this case is settled.

2.  Grant any such other relief which is just and fair.

RESPECTFULLY SUBMITTED,

Edgar Searcy pro se Class member
F.C.C. Medium
P.O. BOX 90043
Petersburg VA  23804

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was handed to prison officials for posting in the U.S. mail to the U.S. Attorneys office. 555 4th street N.W., Washington DC 20001 this 23 day of MAY  2008.

Edgar Searcy pro se