IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDGAR SEARCY, class Member

v                                Civil Case No. 08-0860-JR

UNITED STATES  Et al

MOTION FOR ORDER TO PRODUCE DISCOVERY

Comes now the plaintiff Edgar Searcy  Class member, pro se  with this Motion for Order to Produce Discovery.  And States:

1.  Pursuant to Rule 26, Fed R.Civ.P., Et Seq., the plaintiff submitted a request for Discovery to the Attorneys who represent the Respondends  dleivering the request to the U S. Attorneys Office for the District of Columbia.  After a period of time the plaintiff has not received any type response.

2  This Discovery concerns matters connected to the issues in the case as well as the issues in the Motion for Temporary Injunction. To litigate each  the class and the Plaintiff will need to review the Discovery materials.

3  It is important for Discovery to be completed in order for the court to understand the case and the relivance of the issues

4  Therefore it is requested that this court issue an order directing the Respondants to provide discovery as requested by the Plaintiff and on behalf of the class, in the interest of Justice.

5  The Plaintiff has moved this court to re designate this action as a class action  As shown in said motion  this cas was a Nationalclass action in the past connected with the issues being litigated  and still remain a class aciton. The Plaintiff is currently representing the class and requests that the Discovery be made public to the class in general.

Wherefore the Plaintiff prays this honorable court shall:

**RECEIVED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Grant an order direcitng that the Respondants produce Discovery that has been requested by the Plaintiff.

2. Direct that the Discovery be made public and available for review to the Class in General.

3. Grant any such other relief which is just and fair.

RESPECTFULLY SUBMITTED

Edgar Searcy pro se class member
Reg. # 04726-031
P.O. BOX 90043
Petersburg Va  23804

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was handed to prison officials for posting in the U.S. mail to the U.S. Attorneys Office 555 4th Street N.W., Washington DC  20001 this 23 day of    MAY         2008.

Edgar Searcy pro se