U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of

TO:

| | |
|---|---|
| US Attorney General |
| DOJ |
| 950 Pennsylvania Ave., NW |
| Washington, DC 20530 |

Civil Action, File Number  08-860 JR

Edgar Searcy

v.

United States of America, Et Al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within    days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within    days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

6/5/2008

Signature (USMS Official)

6/5/08  C.G.    08-860

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**US Attorney General**
**DOJ**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
JUN 0 9 2008        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0004 6579 0807

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ND COMPLAINT

the complaint in the above captioned

Entity/Authority to Receive

ss

**RECEIVED**

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USM Form-299
Rev. 10/03
Automated 10/03

**U.S. Department of Justice**
**United States Marshals Service**



---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of

TO:
Secretary, US Department of Treasury
1500 Pennsylvania Ave., NW
Washington, DC  20220

Civil Action, File Number  08-860 JR

Edgar Searcy

v.

United States of America, Et Al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within       days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within       days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

6/5/2008

6/5/08    U.G.    08-860

_(MS Official)_

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Secretary, US Department of Treasury**
**1500 Pennsylvania Ave., NW**
**Washington, DC  20220**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Milliston_     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 16 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7007 0710 0004 6579 0814

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

ND COMPLAINT

the complaint in the above captioned

Entity/Authority to Receive

**RECEIVED**

JUN 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USM Form-299
Rev. 10/03
Automated 10/03