**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

EDGAR SEARCY                                )
                                            )
          Plaintiff,                  )
                                            )          Civil Action No. 08-860 (JR)
        v.                               )          ECF
                                            )
UNITED STATES OF AMERICA                    )
 et. al.,                                   )
                                            )
          Defendants.                )
_____)

## NOTICE OF APPEARANCE

      The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Megan M. Weis as counsel for Defendants in the above-captioned case.

                    ___/s/_____
                    MEGAN M. WEIS
                    Special Assistant United States Attorney
                    Civil Division 555 4th St., NW
                    Washington, D.C. 20530
                    (202) 514-5134

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:


Edgar Searcy <u>pro se</u>
R04726-031
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804


on this 2nd day of July, 2008.


_____/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134