IN THE U.S. COURT FOR THE DISTRICT OF COLUMBIA

EDGAR SEARCY

V                                           Case No. 1:08-cv-860

UNITED STATES

REQUEST DIRECTED TO THE JUDGES DESK

Comes now the Plaintiff Edgar Searcy pro se with this Request Directed to the Judges Desk. And States:

1. The Plaintiff filed a Motion for Temporary Injunction on May 19, 2008. It has been a long time and this Motion should be considered to protect the interests of the plaintiff.

2. The Judge is asked to set this motion for hearing and forward the date set aside for this hearing.

3. The plaintiff also requests that this hearing be conducted via telephonic conferencing. The plaintiff is incarcerated, and the court has not assigned this case as a class action, or assgigned a class action representative.

Wherefore the plaintiff prays this honorable court shall:

1. Set a hearing date for D.E. 5 and allow the hearing to be via telephonic conferencing.

Respectfully submitted

Edgar Searcy pro se
R04726-031
F.C.C. Medium
P.O. BOX 90043
Petersburg VA  23804

RECEIVED

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT