IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDGAR SEARCY

V                                                          Case No. 1:08cv-00860-JR

UNITED STATES, et al

REQUEST FOR THE JUDGE TO SET A HEARING DATE
FOR DOCKET ENTRY NUMBER 4 and 5

The Plaintiff Edgar Searcy pro se hereby requests the judge to set on his docket a hearing on a fixed date and time to consider the Motion for Temporary Injunction and to designate this action as a class action. (D.E. 4 and 5). These matters were filed on 5-19-2008 and summons was issued on 6-04-2008. In the motion for temporary injunction the plaintiuff demonstrated that irrepairable harm or damage will be sustained if the injunction is not granted. The U.S. Attorney for the District of Columbia has been contacted by mail and this matter discussed in an unresponded letter, along with a copy of both documents.

For justice sake, it is cordially requested that the judge set on his docket a hearing date and time and send notice accordingly to the plaintiff and the U.S. attorney on behalf of the United States.

Respectfully submitted,

Edgar Searcy /pro se
R04726-031
F.C.C. Medium
P.O. BOX 90043
Petersburg VA  23804

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was handed to prison officials for posting in the U.S. mail to the U.S. Attorney for the District of Columbia, 555 4th St. N.W., Washington DC 20001 this 30 day of JULY 2008.

Edgar Searcy

RECEIVED

AUG 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT