**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDGAR SEARCY. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-0860 (JR) |
| : | |
| UNITED STATES OF AMERICA, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

The motion for temporary injunction filed with plaintiff's complaint [#5] sets forth neither the facts nor the legal argument that would be required for the issuance of such an order. It speaks of "monetary matters that will be lost and unrecoverable," but monetary injury is not irreparable injury as a matter of law. The motion for temporary injunction [#5] is accordingly **denied**, and plaintiff's two motions for hearing [#12, #13] are **denied as moot.** The government has until 8/18/08 to answer the complaint; the Court does not anticipate granting any motions for continuance.

JAMES ROBERTSON
United States District Judge