**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDGAR SEARCY, :<br>    :<br>        Plaintiff, :<br>    :<br>    v.   :   Civil Action No. 08-0860 (JR)<br>    :<br>UNITED STATES OF AMERICA, *et al*., :<br>    :<br>        Defendants. : | |

**ORDER**

Upon a review of the complaint and the answer, it is **ORDERED** that counsel be appointed for plaintiff from the court's Pro Bono Panel, pursuant to LCvR 83.11(b).

                                            JAMES ROBERTSON
                                       United States District Judge